

1(212) 318-6790
pedrojimenez@paulhastings.com

August 14, 2020

**VIA E-MAIL**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   *In re: Enjoy S.A., Case No. 20-11411 (MG)*

Dear Honorable Judge Glenn:

Patricio Jamarne Banduc, the foreign representative (the "Foreign Representative") in the above captioned chapter 15 case, submits this letter to update the Court regarding the status of the Chilean reorganization proceeding (the "Chilean Proceeding") of Enjoy S.A. (the "Foreign Debtor"); in particular, the voting on, and approval of, the Foreign Debtor's Reorganization Agreement (as defined below).

As previewed by undersigned counsel at the July 27, 2020 hearing (the "July 27 Hearing"), earlier today, a hearing was held in the Chilean Proceeding (the "Plan Approval Hearing"), at which the Foreign Debtor's judicial reorganization agreement (the "Reorganization Agreement") was approved by the overwhelming majority of creditors and/or their representatives present and entitled to vote on the Reorganization Agreement, thus satisfying the thresholds for approval of the Reorganization Agreement under Chilean law.  The creditor representatives voting in favor of the Reorganization Agreement at the Plan Approval Hearing included the indenture trustee under the Foreign Debtor's U.S. law governed notes.

It is the Foreign Representative's expectation that the Chilean court will enter a final order approving the Reorganization Agreement (the "Confirmation Order") in the coming days, and the Foreign Representative will file a notice attaching the Confirmation Order (and an English translation thereof) as soon as same is available.

Accordingly, the Foreign Representative intends to file his motion for recognition of the Reorganization Agreement no later than Monday, August 17, 2020, and wishes to proceed with the hearing scheduled by the Court for August 25, 2020.

April 20, 2020
Page 2


Very truly yours,

*/s/ Pedro A. Jimenez*

Pedro A. Jimenez
of PAUL HASTINGS LLP


cc w/ enclosures:    Keith R. Martorana, Boris Dolgonos, Alan Moskowitz, and Dylan Cassidy, counsel to the Enjoy Representatives; Ronald R. Jewell, counsel for investment funds which are beneficial owners of a majority stated principal amount of the Notes issued under the Indenture; James H. Millar, counsel to successor indenture trustee under Enjoy S.A.'s U.S. law governed Notes issuance; and Serene Nakano, Office of the United States Trustee.